IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:23-CR-00273-M

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ASHTON DAQUANE AMOS, )<br>)<br>Defendant, )<br>)<br>v. )<br>)<br>NAVY FEDERAL CREDIT UNION, )<br>)<br>Garnishee. ) | ORDER |

This matter comes before the court on the United States' motion to unseal [DE 45]. For good cause shown, the motion is GRANTED. The Clerk of the Court shall unseal the government's Application for Writ of Garnishment [DE 39] and the Writ of Garnishment issued as its result along with the Instructions to Criminal Defendant, Clerk's Notice of Post-Judgment Garnishment, Right to Have Exemptions Designated, Objection to Answer, and Request for Hearing [DE 43, 43-1].

SO ORDERED this 23d day of August, 2024.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE